IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Leslie Burrell, | ) |
|         Plaintiff(s), | ) |
| vs. | ) Case No. 24-00576-CV-W-FJG |
| Veeva Systems, Inc., | ) |
|         Defendant(s). | ) |

## ORDER

The Court notes that discovery in this matter is set to close on **June 16, 2025**. The parties are reminded that the Court's Scheduling and Trial Order provides: <u>close of discovery means that all discovery, including the taking of depositions, shall be completed not simply submitted on the date specified by this paragraph.</u> Any last minute discovery submitted too late for the opposing side to timely discover may be stricken." **See** Doc. No. 30. The parties are cautioned that if they wish the Court to extend the discovery deadline, they must file a motion for extension of time demonstrating good cause for the extension sought. See Fed. R. Civ. P. 16(b)(4).

**IT IS SO ORDERED.**

                                              /s/ FERNANDO J. GAITAN, JR.
                                              Fernando J. Gaitan, Jr.
                                              United States District Judge

Dated:  May 5, 2025
Kansas City, Missouri